IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

William Scott Howard SR.
_____
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Publisher clearing House
New York Sweepsfate
_____

(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED

JUN 0 6 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.   Previous Lawsuits
   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✗)

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit
   Plaintiffs:        _____
                      _____
   Defendants:        _____
                      _____

   2.  Court (if federal court, name the district; if state court, name the county):
       _____

   3.  Docket Number: _____

   4.  Name of judge to whom case was assigned:_____

   5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
       _____

   6.  Approximate date of filing lawsuit:_____

   7.  Approximate date of disposition:_____

-1-                                                   Revised 4/18/08

II.    Place of Present Confinement:_____

    A. Is there a prisoner grievance procedure in the institution?

                                        Yes ( )  No (✓)

    B. Did you present the facts relating to your complaint in the state prisoner grievance
       procedure?                                   Yes ( )   No (✓)

    C. If your answer is Yes:

      1. What steps did you take?_____

          _____

      2. What was the result?_____

          _____

    D.  If your answer is No, explain why not:_____

      _____

III.    Parties

    (In item A below, place your name in the first blank and place your present address in the
    second blank. Do the same for additional plaintiffs, if any.)

    A.  Name of Plaintiff William Scott Howard SR

        Address 39 central Ave Jackson, Tenn 38301

    (In item B below, place the full name of the defendant in the first blank, his official
    position in the second blank, and his  and his place of employment in the third blank.
    Use Item C for the names, positions, and places of employment of an additional
    defendants.)

    B.  Defendant Publisher clearing House                    is employed as
      delievery Agent

      at_____

    C.  Additional Defendants: 7._____

      _____

      _____

IV.    Statement of Claim

    State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is
    involved. Include also the names of other persons involved, dates, and places. Do not
    give any legal arguments or cite any cases or statutes. If you intend to allege a number of
    related claims, number and set forth each claim in a separate paragraph. Use as much
    space as you need. Attach extra sheet if necessary.

harrasing me on my phone and Lying about
a winnings stoled almost 2,000.00 #0 for my
winnings and I haven't receved my winning. and
the FSD and Law Enforcement agencies that I have
those Lawsuits against is involved in stopping
my winnings and contwoning to harres me and
Sullvance me hacking my phone, using the Public
to do their Sullvance.

-2-    <span style="float:right">Revised 4/18/08</span>

V.    Relief
      State briefly exactly what you want the court to do for you. Make no legal arguments.
      Cite no cases or statutes.

Pain and Soffering
my winnings
and fire the Agent
all the money that I spent

VI.    Jury Demand
       I would like to have my case tried by a jury. Yes (x) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our
information, knowledge, and belief.

Signed this 4 day of June, 20 24.

Will Scott Howard SR

_____
(Signature of Plaintiff/Plaintiffs)

-3-                                                      Revised 4/18/08